```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 05957
   CAROLYN GRISSOM
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0144


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/13/2008 and was not confirmed.

    The case was dismissed without confirmation 04/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL HOME L CURRENT MORTG       .00            .00             .00
WASHINGTON MUTUAL HOME L SECURED NOT I       .00            .00             .00
COOK COUNTY TREASURER    SECURED NOT I       .00            .00             .00
STATE FARM INSURNACE     SECURED NOT I       .00            .00             .00
PRO SE DEBTOR            DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        ---------------   ---------------
TOTALS                      .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 07/24/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```